AUTO GLASS EXPRESS, INC. *v.* HANOVER
INSURANCE COMPANY

ED STEBEN GLASS COMPANY, INC. *v.* HANOVER
INSURANCE COMPANY

The defendant's petition for certification for appeal from the Appellate Court, 98 Conn. App. 784 (AC 25863), is denied.

*Charlene M. Russo,* in support of the petition.

*Richard Preston,* in opposition.

Decided February 8, 2007

OSCAR HARVEY *v.* COMMISSIONER OF
CORRECTION

The petitioner Oscar Harvey's petition for certification for appeal from the Appellate Court, 98 Conn. App. 717 (AC 26875), is denied.

*David B. Rozwaski,* special public defender, in support of the petition.

*Melissa L. Streeto Brechlin,* assistant state's attorney, in opposition.